■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO HERRARA-MARTINEZ, Appellant. [699 NYS2d 864] —Judgments, Supreme Court, Bronx County (Robert Cohen, J.), rendered September 19, 1997, convicting defendant, upon his pleas of guilty, of two counts of criminal possession of a controlled substance in the second degree, and sentencing him to concurrent terms of 6 years to life, unanimously affirmed.

Defendant's valid and unrestricted waiver of his right to appeal forecloses review of his excessive sentence claim (*People v Hidalgo*, 91 NY2d 733; *People v Moissett*, 76 NY2d 909). In any event, we perceive no abuse of sentencing discretion. Concur—Nardelli, J. P., Williams, Mazzarelli, Wallach and Lerner, JJ.